SOLOMON WEINHANDLER, Appellant, v. PERRY LOEWENTHAL and Another, Respondents.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Page and Davis, JJ.

OSCAR B. NEWHOUSE, Doing Business as S. H. & O. B. NEWHOUSE, Respondent, v. CROWN MILLS, Appellant. - Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Page and Davis, JJ.

DARWIN P. RUDD, Respondent, v. POWELL'S, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Page and Davis, JJ.

JAMES J. DEZELL, Appellant, v. HENRY HELLMERS, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Page and Davis, JJ.

In the Matter of Adjusting the Transfer Tax on the Estate of CAROLYN F. MORGAN, Deceased. WILLIAM FELLOWES MORGAN and Others, as Executors, etc., Appellants; THE COMPTROLLER OF THE STATE OF NEW YORK, Respondent.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Page and Davis, JJ.; McLaughlin, J., dissented.

JOHN FLYNN, as Administrator, etc., Appellant, v. RODGERS & HAGERTY, INC., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Page and Davis, JJ.

EDYTH I. MAGEE, as Administratrix, etc., Appellant, v. EMILY BEACH CONDON and Another, Respondents, Impleaded with Others.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Page and Davis, JJ.

HYMAN WAKSCHAL, an Infant, etc., Respondent, v. DAVID WASSER, Appellant.— Order reversed, with costs, and verdict reinstated. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Page and Davis, JJ.

FRANK COGNETTA, as Administrator, etc., Respondent, v. THEODORE H. FISHEL, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Page and Davis, JJ.; Scott, J., dissented.

KATHERINE BOLLWEBER, as Administratrix, etc., Respondent, v. MAX MANDLE, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Page and Davis, JJ.

MINNIE TONNELLY, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Page and Davis, JJ.

HOWARD S. GARDNER, Respondent, v. THOMPSON-STARRETT COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Page and Davis, JJ.

PETER COLLINS, an Infant, etc., Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Page and Davis, JJ.